UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ALBERT DYTCH,<br><br>                    Plaintiff,<br>        v.<br><br>JERRY F. CARIVEAU, et al.,<br><br>                    Defendants. | Case No. 3:15-cv-05180-LB<br><br>**AMENDED SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE II & III (42 U.S.C. §§ 12131- 89)** |

At the hearing on March 31, 2016, all parties appeared, and the plaintiff withdrew the default-judgment motion at ECF No. 14.  The court directs the parties to confer about the time for all defendants to file a responsive pleading and for Mr. Odtallah (the actual restaurant owner) to accept service.  The court provided the defendants with a copy of the handbook for parties representing themselves, and information about the court's helpdesk.  The court also orders the plaintiff to serve on all other parties a copy of this order and the assigned judge's pertinent Standing Orders.  This case is otherwise exempt from Civil Local Rule 4-2.  Counsel and parties must comply with the case schedule listed below unless the court otherwise orders.

| CASE SCHEDULE | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 11/12/2015 | Complaint Filed | |
| 4/21/2016 | Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline | General Order 56; Civil L.R.7-11 |
| 7 days before Joint Site Inspection | Last day for parties to complete initial disclosures, including defendant's disclosure re: construction or alteration history of subject premises | FRCivP 26(a); General Order 56 ¶2; |
| 6/7/2016 | Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement | General Order 56 ¶3,4; |
| 28 days after Joint Site Inspection | Last day for parties to meet and confer in person to discuss settlement | General Order 56 ¶4; |
| 42 days after Joint Site Inspection | Last day for plaintiff to file "Notice of Need for Mediation" | General Order 56 ¶7; |
| 7 calendar days after mediation | Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference | General Order 56 ¶8; Civil L.R . 7-11 |

**IT IS SO ORDERED.**

Dated: April 1, 2016

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT DYTCH,

    Plaintiff,

v.

JERRY F. CARIVEAU, et al.,

    Defendants.

Case No. 3:15-cv-05180-LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hasan Odtallah
10168 Foothill Blvd.
Oakland, CA 94605

Jerry F. Cariveau
962 Saint Bede Lane
Hayward, CA 94544

Remedios Rodriguez
962 Saint Bede Lane
Hayward, CA 94544

Dated: April 1, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ L. Scott
Lashanda Scott, Deputy Clerk to the
Honorable LAUREL BEELER